Michael P. Edgerton
Patrick L. Edgerton

# EDGERTON & EDGERTON
ATTORNEYS AT LAW

125 WOOD STREET - P.O. BOX 218
WEST CHICAGO, ILLINOIS 60186-0218

PHONE (630) 231-3000
FAX (630) 231-5439

October 28, 2007 – Received 31 oct o7

08 C 550

JOANNE J. & JOHN JACOBS

▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ IL ▓▓▓

CREDITOR:   HAND AND PLASTIC SURGFERY ASSOCIATS, LTD
1200 SOUTH YORD RD. #3200
ELMHURST, IL 60126

HAND AND PLASTIC SURGFERY ASSOCIATS, LTD / JOANNE J. & JOHN JACOBS

Amount Due:  $4654.45
Our File #:   20070554.00

NOTICE TO:  JOANNE J. & JOHN JACOBS

    This is to advise you that our office represents the above named creditor. The creditor is attempting to collect a debt, and any information obtained will be used for that purpose.

    If this is a consumer debt, unless you, within 30 days after receipt of this letter, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid. If you notify this office in writing within the 30-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of the judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the 30-day period, this office will provide you with the name and address of the original creditor, if different from the creditor listed above.

Sincerely,

Michael P. Edgerton

EXHIBIT A