THE LAW FIRM OF

# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

**08 C 550**

November 7, 2007

**VIA FACSIMILE: 630-231-5439
And U.S. Mail**
Michael P. Edgerton
Edgerton & Edgerton
125 Wood Street
P. O. Box 218
West Chicago, Illinois 60186

Re: Joanne & John Jacobs (Account No. 20070554)

Dear Mr. Edgerton:

Please be advised that we represent Joanne and John Jacobs regarding your firm's attempts to collect a debt they allegedly owed to Hand and Plastic Surgery Associates, Ltd. (Account No. 20070554) in the amount of $4,654.45. A copy of your firm's October 28, 2007 letter is attached. On behalf of our clients, we hereby dispute the validity of that debt and demand validation of same.

This debt is not owed. Specifically, when your client was informed that Mrs. Jacobs intended to seek out the services of a physician who was in her PPO, rather than your client, for treatment of her injured finger, your client agreed to accept whatever Mrs. Jacobs' insurance would pay, if Mrs. Jacobs would continue treatment with your client. In reliance upon this agreement with your client, Mrs. Jacobs continued her treatment with your client. Mrs. Jacobs' insurance provider has paid as much of your client's bills related to Mrs. Jacobs' treatment as it is going to pay. Thus, Mrs. Jacobs owes your client nothing further. Moreover, all future contact relative to this debt must take place solely through this office.

Very truly yours,

David J. Philipps
DJP:ef
Enclosure

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900   Fax 708.974.2907
www.philippsconsumerlaw.com

EXHIBIT B

Michael P. Edgerton
Patrick L. Edgerton

# EDGERTON & EDGERTON
## ATTORNEYS AT LAW
125 WOOD STREET - P.O. BOX 218
WEST CHICAGO, ILLINOIS 60186-0218

PHONE (630) 231-3000
FAX (630) 231-5439

October 28, 2007 — Received 31 oct 07

JOANNE J. & JOHN JACOBS

■■■■■■■■■■■■, IL ■■■■■

CREDITOR: HAND AND PLASTIC SURGFERY ASSOCIATS, LTD
1200 SOUTH YORD RD. #3200
ELMHURST, IL 60126

HAND AND PLASTIC SURGFERY ASSOCIATS, LTD / JOANNE J. & JOHN JACOBS

Amount Due: $4654.45
Our File #: 20070554.00

NOTICE TO: JOANNE J. & JOHN JACOBS

This is to advise you that our office represents the above named creditor. The creditor is attempting to collect a debt, and any information obtained will be used for that purpose.

If this is a consumer debt, unless you, within 30 days after receipt of this letter, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid. If you notify this office in writing within the 30-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of the judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the 30-day period, this office will provide you with the name and address of the original creditor, if different from the creditor listed above.

Sincerely,

Michael P. Edgerton.

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time  Destination                    Duration P.#   Result   Mode
629 NOV-07  16:24  6302315439                    0'00'39" 002   OK       N  ECM
```



# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

November 7, 2007

**VIA FACSIMILE: 630-231-5439
And U.S. Mail
Michael P. Edgerton
Edgerton & Edgerton
125 Wood Street
P.O. Box 218
West Chicago, Illinois 60186**

Re:  Joanne & John Jacobs (Account No. 20070554)

Dear Mr. Edgerton:

Please be advised that we represent Joanne and John Jacobs regarding your firm's attempts to collect a debt they allegedly owed to Hand and Plastic Surgery Associates, Ltd. (Account No. 20070554) in the amount of $4,654.45. A copy of your firm's October 28, 2007 letter is attached. On behalf of our clients, we hereby dispute the validity of that debt and demand validation of same.

This debt is not owed. Specifically, when your client was informed that Mrs. Jacobs intended to seek out the services of a physician who was in her PPO, rather than your client, for treatment of her injured finger, your client agreed to accept whatever Mrs. Jacobs' insurance would pay, if Mrs. Jacobs would continue treatment with your client. In reliance upon this agreement with your client, Mrs. Jacobs continued her treatment with your client. Mrs. Jacobs' insurance provider has paid as much of your client's bills related to Mrs. Jacobs' treatment as it is going to pay. Thus, Mrs. Jacobs owes your client nothing further. Moreover, all future contact relative to this debt must take place solely through this office.

Very truly yours,