## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 550**

In the Matter of                                     Case Number:

Joanne Jacobs and John Jacobs v. Michael P. Edgerton, d/b/a Edgerton & Edgerton.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs: Joanne Jacobs and John Jacobs.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) <br> David J. Philipps | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Philipps | |
| FIRM <br> Philipps & Philipps, Ltd. | |
| STREET ADDRESS <br> 9760 South Roberts Road, Suite One | |
| CITY/STATE/ZIP <br> Palos Hills, Illinois 60465 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06196285 | TELEPHONE NUMBER <br> (708) 974-2900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT