U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 C550

JOANNE JACBOBS and JOHN JACOBS,
            Plaintiffs,
vs.
MICHAEL P. EDGERTON, et al.
           Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, MICHAEL P. EDGERTON, d/b/a EDGERTON & EDGERTON

| |
|---|
| NAME (Type or print)<br>Daniel F. Konicek |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>Konicek & Dillon, P.C. |
| STREET ADDRESS<br>21 W. State St. |
| CITY/STATE/ZIP<br>Geneva, IL  60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205408 | TELEPHONE NUMBER<br>630-262-9655 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐