IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOANNE JACOBS and JOHN JACOBS,      )
                          Plaintiffs,      )
                                           )
        vs.                                )      No.    08 C 550
                                           )             Judge Kocoras
MICHAEL P. EDGERTON, d/b/a                 )             Magistrate Judge Cox
EDGERTON & EDGERTON,                       )
                          Defendant.       )

## NOTICE OF FILING

TO:    Mr. David J. Philipps
       PHILIPPS & PHILIPPS, LTD.
       9760 S. Roberts Rd., Suite One
       Palos Hills, IL  60465

        *PLEASE TAKE NOTICE* that on **March 13, 2008**, we caused to be filed in the office of the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, our **APPEARANCE AND JURY DEMAND** on behalf of the Defendant; a copy of which is attached hereto and hereby served upon you.

_____
Attorney for Defendant

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655

## CERTIFICATE OF SERVICE

        The undersigned states that the foregoing **APPEARANCE AND JURY DEMAND** was served upon the above-listed attorney of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **March 13, 2008** with proper postage prepaid.

_____