# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 550 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Jacobs et al vs. Edgerton | | |

**DOCKET ENTRY TEXT**

Plaintiff having informed the Court by telephone that a settlement has been reached, this cause is dismissed without prejudice and with leave to reinstate on or before 5/16/2008 if settlement is not effectuated. Unless the complaint is reinstated, or the time to reinstate is extended, said dismissal will then become with prejudice. Status hearing set for 4/16/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|

Case 1:08-cv-00550    Document 14    Filed 04/10/2008    Page 1 of 1

08C550 Jacobs et al vs. Edgerton    Page 1 of 1