## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 550 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Jacobs et al vs. Edgerton | | |

**DOCKET ENTRY TEXT**

Pursuant to this Court's order [14] dated 4/10/2008, this cause is hereby dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|